UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LASHAUN WILBORNE,

                                    Plaintiff,      **JUDGMENT**

      -against-

                                                20 Civ. 02336 (PED)

CITY OF YONKERS, CITY OF YONKERS POLICE
DEPARTMENT, POLICE OFFICER WILLIAM
RYTTENBERG (Shield No.: 730661), POLICE
OFFICER ANTHONY SICA (Shield No. 729822),
POLICE OFFICER RIZZO (Shield No. Unknown), and
CITY OF YONKERS POLICE DEPARTMENT Officers
JOHN and JANE DOE 1 through 10, individually and in
their official capacities (the names John and Jane Doe
Being fictitious, as the true names are presently
unknown),

                                    Defendants.
------------------------------------------------------------------X

      **WHEREAS**, plaintiff Lashaun Wilborne commenced this action by filing a complaint on or about March 16, 2020, alleging that defendants violated her federal civil rights; and

      **WHEREAS**, defendants have denied any and all liability arising out of plaintiff's allegations; and

      **WHEREAS**, defendants, through the City of Yonkers, served plaintiff with an Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure on April 4, 2022;

      **WHEREAS**, on April 4, 2022; plaintiff accepted the Offer of Judgment, it is hereby,

      **ORDERED, ADJUDGED AND DECREED**, that plaintiff take judgment

against defendants for the total sum of $25,000.00 in full satisfaction of all claims against the defendants herein, said $25,000.00 offer being inclusive of costs, disbursements, and attorneys' fees in plaintiff's favor. The judgment is in full satisfaction of all claims made by plaintiff and is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by defendants or any official, employee, or agent of the City of Yonkers, or any agency thereof.

Dated: White Plains, New York
       April 21 , 2022

_____
HONORABLE PAUL E. DAVISON
UNITED STATES MAGISTRATE JUDGE